IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Randall Lee Conrad, | ) C/A No. 4:11-3268-RBH-KDW |
| | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| William C. Ingram; | ) |
| Louis C. Allen, III, and | ) |
| Federal Public Defender Middle District of North Carolina, | ) |
| | ) |
|      Defendants. | ) |

  This is a civil action filed by a federal prisoner. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

  By Orders dated February 1 and March 1, 2012 (ECF Nos. 14, 21), Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiff has complied with the Court's Order, and this case is now in proper form.

**PAYMENT OF THE FILING FEE**:

  Plaintiff's Motion for Leave to Proceed in forma pauperis was previously granted. ECF No. 15. **The agency having custody of Plaintiff shall collect payments from Plaintiff's prisoner trust account in accordance with 28 U.S.C. § 1915(b)(1) and (2), until the full filing fee is paid.** *See Torres v. O'Quinn*, 612 F.3d 237, 252 (4th Cir. 2010) ("We hold that 28 U.S.C. § 1915(b)(2) caps the amount of funds that may be withdrawn from an inmate's trust account at a maximum of twenty percent *regardless of the number of cases or appeals the inmate has filed*.") (emphasis in original).

**TO THE CLERK OF COURT**:

  This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk forward this matter to the United States Marshal for service of process at this time.

  IT IS SO ORDERED.

                            */s/ Kaymani D. West*

April 13, 2012          Kaymani D. West
Florence, South Carolina     United States Magistrate Judge